■ BANK OF NEW YORK, Respondent, v WILLIAM FRIEND et al., Defendants, and ALVIN LEMBERGER, Appellant. — Judgment, Supreme Court, New York County (Burton Roberts, J.), entered on January 25, 1983, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of

this appeal. The appeal from the order of said court entered on January 12, 1983, is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Ross, J. P., Silverman, Lynch, Milonas and Kassal, JJ.